

FILED

11/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0003

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0003

---

IN RE PETITION OF SHARMANE ANDERSON
TO SUBMIT LATE APPLICATION TO TAKE THE        O R D E R
BAR EXAM

---

Sharmane Anderson has filed a petition for leave to submit a late application to take the Montana Bar Examination administered in February 2022. Anderson's petition establishes good cause for the request. Anderson must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Sharmane Anderson for leave to submit a late application to take the Montana Bar Examination in February 2022 is GRANTED, subject to completion of all exam prerequisites. The application should be submitted no later than November 15, 2021.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 9ᵗʰ day of November, 2021.

_____
Chief Justice

_____

_____

FILED

NOV 09 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices